40747. WORD v. HENDERSON et al.

PER CURIAM. The Supreme Court in *Word v. Henderson*, 220
Ga. 846 (142 SE2d 244) having reversed the judgment of this
court in *Word v. Henderson*, 110 Ga. App. 780 (140 SE2d 92)
in which we affirmed the grant of a summary judgment as to
the defendant Dr. Charles T. Henderson, we hereby vacate
our judgment of affirmance and enter a judgment of reversal
in accord with the judgment and opinion of the Supreme
Court, which adopted the dissenting opinion of this court as
the correct view.

*Judgment reversed. Felton, C. J., Nichols, P. J., Bell, P. J.,
Frankum, Jordan, Hall, Eberhardt, Russell and Pannell, JJ.,
concur.*

ARGUED JANUARY 8, 1964—DECIDED MAY 12, 1965.

*Harold S. Willingham, Hicks & Howard, G. Robert Howard,*
for plaintiff in error.

*Reed, Ingram, Flournoy & Custer, Lawrence B. Custer, Ed-
wards, Bentley, Awtrey & Parker, A. Sidney Parker,* contra.